UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PETER GONZALEZ,<br>Defendant. | Case No. 22-cr-00029-CRB-1   (JSC)<br><br>**ORDER OF DETENTION** |

On January 27, 2022, a federal grand jury in the Northern District of California returned a one-count indictment charging the defendant, Mr. Peter Gonzalez, with one count of Felon in Possession of a Firearm and Ammunition, a violation of 18 U.S.C. § 922(g)(1).

This matter came before the Court on March 11, 2022, for a detention hearing. The defendant was present and represented by Elisse Laroche, Assistant Federal Public Defender. Assistant United States Attorney Christa Hall appeared for the government. The government moved for detention, and the defendant opposed. Both parties and pretrial services filed papers on the motion. Pretrial services recommended detention based on danger to the community.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: (1) on December 3, 2021, the defendant was found with a loaded firearm

and ammunition even though as a convicted felon, he was prohibited from possessing both, (2) the evidence supports a showing that before the defendant was stopped by the police, he fired his weapon multiple times on or near a public street in San Francisco, (3) when officers made contact with the defendant shortly after the shooting, they found three spent casings on his person and in his vehicle and three missing rounds from his loaded firearm.  Further, in 2010, after being charged with murder, defendant was convicted of assault with a firearm on person and sentenced to a seven-year prison sentence. This order of detention is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if changed circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: March 11, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge